982

No. 99–6459. Mejia-Sanchez v. United States. C. A. 9th Cir. Certiorari denied.

No. 99–6464. Rubio-Ramos v. United States. C. A. 11th Cir. Certiorari denied.

No. 99–6465. Ruvalcaba v. United States. C. A. 5th Cir. Certiorari denied.

No. 99–6467. Pineiro v. United States. C. A. 4th Cir. Certiorari denied.

No. 99–6472. Meredyth v. United States. C. A. 10th Cir. Certiorari denied.

No. 99–6473. Young v. Ohio. Ct. App. Ohio, Stark County. Certiorari denied.

No. 99–6476. Lazo v. United States. C. A. 11th Cir. Certiorari denied.

No. 99–6484. James, aka Ali v. United States. C. A. 2d Cir. Certiorari denied.

No. 99–6486. Nosair v. United States. C. A. 2d Cir. Certiorari denied.

No. 99–6488. Lowery v. United States. C. A. 4th Cir. Certiorari denied.

No. 99–367. Smyly v. International Business Machines Corp. C. A. 9th Cir. Certiorari denied. Justice Stevens took no part in the consideration or decision of this petition.

No. 99–398. Arizona v. Sanders. Ct. App. Ariz. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

November 5, 1999

No. 99–161. Weisgram et al. v. Marley Co. et al. C. A. 8th Cir. [Certiorari granted, 527 U. S. 1069.] Writ of certiorari as to State Farm Fire & Casualty Insurance Co. dismissed under this Court's Rule 46.1.